## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Roberto J. Rodriguez        JOINT DEBTOR: _____        CASE NO.: _____
Last Four Digits of SS# 0894         Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $234.85 for months 1 to 6 ;
- B. $110.00 for months 7 to 60 ;
- C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 2000.00    TOTAL PAID $ 719.00
Balance Due $ 1281.00    payable $ 213.50 /month (Months 1 to 6 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address: _____
_____
Account No: _____

Arrearage on Petition Date $ _____
Arrears Payment $ _____ /month (Months _____ to _____)
Regular Payment $ _____ /month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank, N.A. 4101 Wiseman Blvd. San Antonio, TX 78251 | $130,960.00 Residence - 9540 NW 25th Street. Ft. Lauderdale, FL. 33322 | 0 % | $ 0 | 0 To 0 | 0 |
|  |  | % | $ | ___ To ___ |  |
| $ |  | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____ Total Due $_____
   Payable $_____/month (Months ___ to ___) Regular Payment $_____
2. _____ Total Due $_____
   Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 100 /month (Months 7 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
Debtor shall pay Wells Fargo Bank, N.A. for First Mortgage on residence, directly and outside of Plan.
Debtor shall avoid (strip) the 2nd Mortgage Lien of Wells Fargo Bank, N.A. on residence.

Tax Returns: Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: [signature]
Date: 10-24-13

Joint Debtor:
Date: _____

LF-31 (rev. 01/08/10)